**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Robert Bacos, et al.

Plaintiff,

v.

Case No.: 1:26−cv−03706
Honorable Matthew F. Kennelly

Calabasas Beverage Company, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 6, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 8/6/2026. Movant Heaven Hill Distilleries, Inc.'s motion to reassign the case based on relatedness [21] is denied, but the Court finds a basis for pretrial coordination under Internal Operating Procedure 13(e). The Court will confer with Judge Coleman regarding the possible setup of this case and case 26 C 5330 under pretrial coordination proceedings. A separate executive committee order will be entered if the cases are to proceed under Internal Operating Procedure 13(e). The plaintiff made an oral motion to lift the stay on discovery. The case is set for a telephonic motion hearing on the plaintiff's oral motion to lift the stay on 8/11/2026 at 9:15 a.m. The case is also set for a telephonic status hearing on 10/22/2026 at 9:00 a.m. The following call−in number will be used for both hearings: 650−479−3207; access code 2305−915−8729. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.